St. James Company, Respondent, *v.* The Security Trust and Life Insurance Company, Appellant.

*St. James Co.* v. *Security Trust & L. Ins. Co.,* 82 App. Div. 242, affirmed.
(Argued March 4, 1904; decided March 15, 1904.)

Appeal from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered May 11, 1903, affirming a judgment in favor of plaintiff entered upon the report of a referee.

*Jacob Halstead* for appellant.

*L. Laflin Kellogg* and *Alfred C. Petté* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: Parker, Ch. J., O'Brien, Bartlett, Haight, Vann, Cullen and Werner, JJ.